**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rufus A MILLER, Jr. Defendant–Appellant.**

No. 01–6563.

United States Court of Appeals, Sixth Circuit.

May 8, 2003.

Before GUY, BOGGS, and DAUGHTREY, Circuit Judges.

**ORDER**

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

---

* The Honorable Joseph M. Hood, United States District Judge for the Eastern District of Kentucky, sitting by designation.

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore **ORDERED** that said judgment be and it hereby is affirmed.